**Order issued September 11, 2014**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

---

**No. 05-13-01423-CR**

---

**KEITH ALLEN WILLIAMS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

## O R D E R

Before Justices Francis, Myers, and Lewis

Based on the Court's opinion of this date, we **GRANT** the May 8, 2014 motion of Valencia Bush for leave to withdraw as appointed counsel on appeal. We **DIRECT** the Clerk of the Court to remove Valencia Bush as counsel of record for appellant. We **DIRECT** the Clerk of the Court to send a copy of this order and all future correspondence to Keith Allen Williams, 1615 West 9th Street, Texarkana, Texas, 77320.

/Molly Francis/
MOLLY FRANCIS
JUSTICE